IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO.: 4:13-CV-00255-D

GLADYS GREENE,

    Plaintiff,

v.

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY,

    Defendant.

ORDER GRANTING STAY OF ALL
DEADLINES IN THE JULY 25, 2014
SCHEDULING ORDER PENDING
OUTCOME OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT

THIS MATTER came before the Court on the parties Joint Motion to Stay All Scheduling Deadlines in the July 25, 2014 Scheduling Order Pending Outcome of Defendant's Motion for Summary Judgment. The Court, having considered the Motion, is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the parties' Joint Motion to Stay All Deadlines in the July 25, 2014 Scheduling Order Pending Outcome of Defendant's Motion for Summary Judgment (the "Motion") is GRANTED.

All deadlines in the July 25, 2014 Scheduling Order are stayed.

The parties shall submit a new proposed scheduling order in the event the Motion is denied within five (5) days of the Order denying said Motion.

The joint motion to extend the scheduling order deadlines pending settlement negotiations [D.E. 24] is DENIED.

SO ORDERED. This 12 day of September 2014.

                  _____
                  JAMES C. DEVER III
                  Chief United States District Judge