AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GLADYS GREENE,<br><br>          Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL FIRE<br>INSURANCE COMPANY,<br><br>          Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:13-CV-255-D** |

**Decision by the Court.**

      IT IS ORDERED AND ADJUDGED that in accordance with the court's order entered on November 26, 2014, the court GRANTS defendant's motion for summary judgment.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **November 26, 2014**, AND A COPY MAILED TO:

David Emmette Caddigan (via CM/ECF Electronic Notification)
Michael Dean DeFrank (via CM/ECF Electronic Notification)
Samuel Allen Slater (via CM/ECF Electronic Notification)
Sandra A. Girifalco (via CM/ECF Electronic Notification)


November 26, 2014                                                 JULIE A. RICHARDS, Clerk
Date                                                                    *Eastern District of North Carolina*

                                                                              /s/ Courtney O'Brien
*Raleigh, North Carolina*                                             *(By) Deputy Clerk*